SEAN ROBOERT FRANCIS
        Petitioner
    v.                                         **Judgment in a Civil Case**
TRACY JOHNS
        Respondent                Case Number: 5:10-HC-2076-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on January 28, 2011, with service on:
James B. Craven, III (via CM/ECF Notice of Electronic Filing)
Edward D. Gray (via CM/ECF Notice of Electronic Filing)

January 28, 2011                                    /s/ Dennis P. Iavarone
                                                              Clerk

Raleigh, North Carolina